Case No. 18-5665

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**ORDER**

AMY JERRINE MISCHLER

     Plaintiff - Appellant

v.

MATT BEVIN, in his official capacity as Governor of Kentucky; ANDY BESHEAR, in his official capacity as Attorney General; STITES & HARBISON, PLLC; HOWARD KEITH HALL, in his individual and official capacity as Pike County Attorney; JULIE PAXTON, in her official capacity as Judge; JOSEPH LAMBERT, in his official capacity as Chief Justice; TIMOTHY FEELEY; JOHN DAVID PRESTON; JANIE WELLS; LEWIS D. NICHOLLS; SUSAN HOWARD; DEBRA WILCOX-LEMASTER; KATHY LARDER; DEBORAH WEBB; SHEREENA HAMILTON-SPURLOCKE; LATOYA JONES; WILMA TAYLOR; MIKE HARTLAGE; GWEN HATFIELD; JEFFREY PRATHER; CRAIG NEWBORN; MONA WOMACK; DEBBIE DILE; ZACK OUSLEY; EMILY GRAY-JONES; DR. SALLY BRENZEL; SELENA WOODY STEVENS

     Defendants - Appellees


   Appellant having previously been advised that failure to satisfy certain specified

obligations would result in dismissal of the case for want of prosecution and it appearing that the

appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by August 8, 2018.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of

prosecution.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: August 22, 2018