RECEIVED

DEC 17 2018

DEBORAH S. HUNT, Clerk

CASE NO. 18-5665

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

AMY MISCHLER,

    APPELLANT

V.

MATT BEVIN, ET AL.

    APPELLEE

**APPELLANTS MOTION FOR ORDER TO SHOWCAUSE
TO DEFENDANT STITES & HARBISON AND
ATTORNEY GENERAL ANDY BESHEAR
WHY THEY SHOULD NOT BE
HELD IN CONTEMPT OF COURT
FOR CONTINUING THE CONSPIRACY TO DENY
THE APPELLANT ACCESS TO THE STATE COURTS**
\*\*\*

Now comes the Appellant who requests an order from the Court to

Defendants Stites & Harbison PLLC and Attorney General Andy Beshear why

they should not be held in contempt of court for continuing the conspiracy to deny

the Appellant access to the state courts.

For her cause the Appellant submits a memorandum in support which gives

the details. In short, Defendant Andy Behsear and the clients of Stites & Harbison

PLLC, the Kentucky Supreme Court and Clerk Susan Clary have not only

dismissed all of Ms. Mischler's SUBSTANTIALLY OVERDUE 2014 matter of

Page 1 of 3

right cases at the Kentucky Supreme Court WITHOUT MAKING ANDY BESHEAR HAVE TO FILE A RESPONSE, WITH ANDY BESHEAR'S DADDY MAKING APPOINTMENTS TO THE KENTUCKY SUPREME COURT; Susan Clary intentionally delayed putting the dismissal orders in the mail so Ms. Mischler will not have a meaningful time to file a motion to reconsider. Ms. Mischler has not even yet received these orders nor has any knowledge of what they contain.

Thus Ms. Mischler requests a show cause order to Andy Beshear and Stites & Harbison PLLC why 1) Ms. Mischler's matter of right cases were delayed, 2) why the Kentucky Supreme Court and Andy Beshear failed to address the conflict of interest of Daddy Steve Beshear appointing justices to BENEFIT Andy Beshear, and 3) why Susan Clary delayed sending the orders to Ms. Mischler.

When Stites & Harbison PLLC and Andy Beshear cannot give legally sufficient answers for the misconduct; Ms. Mischler requests financial sanctions against Stites & Harbison PLLC and Kentucky Attorney General's Office each, in the amount of $250.00 dollars per day Ms. Mischler's cases went ignored by the Kentucky Supreme Court until the date they are finalized to be donated to the Okeechobee Florida Hospice in the name of Ralph Gene Mischler Sr.

The amount will be sufficient to deter not only the Defendants and the Kentucky Supreme Court but the entire Kentucky Bar Association from

disrespecting the ethical requirements the Sixth Circuit Court of Appeals expects from those practicing before it and in the state courts of Kentucky.[1]

Respectfully submitted,

Amy Mischler,
1120 Palm Court
Okeechobee, Florida 34974
ajmischler@yahoo.com

## Certificate of Service

I hereby certify that true copy was sent to the following on this the 14th, day December, 2018. David Brent Irvin, Kentucky Cabinet for Health and Family Services, Office of Legal Services, 276 E. Main, 5WB, Frankfort, KY 40621, Bethany Breetz/John Clark Keller/Katie M. Glass, Stites & Harbison, 400 West Market Street, Suite 1800, Louisville, KY 40202, Marc G. Farris/Shan Dutta, Office of the Attorney General, 700 Capital Avenue, Suite 118, Frankfort, KY 40601, Andie Brent Camden, O'Bryan, Brown & Toner, PLLC, 401 South Fourth Street, Suite 2200, Selena Woody Stevens, 183 Whitman Way, Georgetown, KY 40324 and Jim Pruitt at Pruitt and DeBourbon Law Firm P.O. Box 339, Pikeville Kentucky, 41501Only one copy is sent to the KY OAG and Stites & Harbison.

---

[1] The Sixth Circuit Court of Appeals, like all courts do not have unlimited resources. Stites & Harbison PLLC, and it's clients Susan Clary and the Kentucky Supreme Court, along with Andy Beshear have disrespected the Sixth Circuit by causing unnecessary litigation due to the unethical actions of Clary, the Kentucky Supreme Court, Stites & Harbison PLLC and Andy Beshear.

RECEIVED

DEC 17 2018

DEBORAH S. HUNT, ClerkCASE NO. 18-5665

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

AMY MISCHLER,

      APPELLANT

V.

MATT BEVIN, ET AL.

      APPELLEE

**MEMORANDUM IN SUPPORT OF
APPELLANTS MOTION FOR ORDER TO SHOWCAUSE
TO DEFENDANT STITES & HARBISON PLLC AND
ATTORNEY GENERAL ANDY BESHEAR
WHY THEY SHOULD NOT BE
HELD IN CONTEMPT OF COURT
FOR CONTINUING THE CONSPIRACY TO DENY
THE APPELLANT ACCESS TO THE STATE COURTS**
\*\*\*

Defendants Stites & Harbison PLLC, their client the Kentucky Supreme

Court and the Kentucky Attorney General are still denying Amy Mischler access to

the state courts while pending this action where Stites & Harbison PLLC ridiculed

Ms. Mischler's allegations as ["facts"] with a quote in their pleading. See Page 12,

document 20, 18-5665.

      **FACT**: Defendant Stites & Harbison PLLC member Steve Beshear and his

son Defendant Kentucky Attorney General Andy Beshear are embroiled in a

scandal where Steve Beshear's Chief of Staff and Andy Beshears deputy attorney general accepted bribes. He plead guilty. See Exhibit 1.

**FACT**: *Defendant Stites & Harbison PLLC accepted $40,000 dollars in a no bid contract from the Kentucky Supreme Court. See Exhibit 2*. This "pay to play" between Stites & Harbison PLLC and the Kentucky Supreme Court was for Stites to obstruct and cover up judicial misconduct taking place in the Kentucky State Courts denying Amy Mischler constructive access to the courts, a type of fraud. Further, Stites could use the knowledge of the Kentucky Supreme Court's "dirty laundry" to politically influence the rulings by the Kentucky Supreme Court to benefit Stites & Harbison PLLC and the Beshear Family.

**FACT**: Kentucky Supreme Court Chief Justice Minton knew about the illegal actions in the cases denying Amy Mischler equal protection because he was sued about it shortly after taking office. Chief Justice Minton, instead of addressing the misconduct of his predecessor, covered it up. See Western District of Kentucky on PACER.

**FACT**: Amy Mischler did not appeal the dismissal in the Western District of Kentucky case because she knew she did not have enough facts at that time to support an appeal due to the ongoing fraud by the defendants and KY Supreme Court.

**FACT**: When Amy Mischler obtained sufficient facts she filed in both the state courts and the federal courts knowing the federal courts would tell her it was a state court matter and she would have to show the state courts were denying her redress.

**FACT**: Amy Mischler had appeals to the Kentucky Supreme Court that are a "MATTER OF RIGHT" in 2014.

**FACT**: Stites & Harbison PLLC employee Steve Beshear picked the two special judges appointed. This part of the "pay to play" scheme operation. Steve Beshear's son, DEFENDANT ANDY BESHEAR was working at Stites & Harbison PLLC. See Exhibit 4, 5, 6, and 7.

**FACT**: The Kentucky Supreme Court didn't require the Kentucky Attorney Generals Office to file a response but, Stites & Harbison's employee Steve Beshears APPOINTMENTS ruled along with the Kentucky Supreme Court justices TO GRANT KENTUCKY ATTORNEY GENERAL'S ANDY BESHEARS MOTION TO DISMISS". *This motion was filed while Andy Beshear was at Stites & Harbison PLLC by the former Attorney General Jack Conway.* See Exhibits 4, 5, 6, and 7.

**FACT**: Both Andy Beshear and Jack Conway received illegal campaign contributions according to the FBI. See Exhibit 3.

**FACT**:  The Kentucky Supreme Court granted Defendant Andy Beshear's motion to dismiss on 12/7/2018, years after it was filed and years after all the other cases filed in 2014 and 2015 was finalized.

**FACT**:  The due date for a response from Amy Mischler is 12/17/2018.

**FACT**: To further the conspiracy to deny Amy Mischler rights to access the courts;  Susan Clary had her staff delay putting Amy Mischler's copy in the mail until December 10, 2018 AFTER BEING ISSUED December 7, 2018.

**FACT**:  No copy is available online for Amy Mischler to file a meaningful response within the time limits.

**FACT**:  It is December 14, 2008 and due to the Christmas delivery Amy Mischler may not even get a copy of the dismissals until after the date in which to file a response.  See track and confirm tracking from certified mail, Exhibits 8, 9, 10 and 11.

Amy Mischler only thought to check the cases because of harassment from relatives in Kentucky.  <u>Although she cannot prove it that the Defendants are contacting estranged relatives</u>; she has noticed a pattern of conduct by the estranged relatives which appears to be designed for the purpose of focusing Mischler's attention on the behavior and distract from the legal filings.  This "COINCIDENCE" has been happening over a period of years.

Amy Mischler was never allowed to have her day in Court as REQUIRED

BY KENTUCKY LAW in these hearings and the Defendants Stites & Harbison

PLLC, their client Kentucky Supreme Court, and Defendant Kentucky Attorney

General Andy Beshear are not only engaging in an unethical conflict of interest,

but conspired to delay service to Amy Mischler to whitewash and sweep their

CONTINUED MISCONDUCT under the proverbial rug.

Respectfully submitted,

Amy Mischler,
1120 Palm Court
Okeechobee, Florida 34974
ajmischler@yahoo.com

Certificate of Service

I hereby certify that true copy was sent to the following on this the 14th, day December, 2018. David Brent Irvin, Kentucky Cabinet for Health and Family Services, Office of Legal Services, 276 E. Main, 5WB, Frankfort, KY 40621, Bethany Breetz/John Clark Keller/Katie M. Glass, Stites & Harbison, 400 West Market Street, Suite 1800, Louisville, KY 40202, Marc G. Farris/Shan Dutta, Office of the Attorney General, 700 Capital Avenue, Suite 118, Frankfort, KY 40601, Andie Brent Camden, O'Bryan, Brown & Toner, PLLC, 401 South Fourth Street, Suite 2200, Selena Woody Stevens, 183 Whitman Way, Georgetown, KY 40324 and Jim Pruitt at Pruitt and DeBourbon Law Firm P.O. Box 339, Pikeville Kentucky, 41501Only one copy is sent to the KY OAG and Stites & Harbison.

# Tim Longmeyer: Beshear's chief of staff pressured me in contract case

**Adam Beam, Associated Press**    Published 3:30 p.m. ET June 13, 2018 | Updated 11:25 a.m. ET June 14, 2018



*(Photo: Mike Weaver)*

LEXINGTON, Ky. — In 2016, Kentucky's No. 2 law enforcement official gave a lobbyist a ride to his car.

Tim Longmeyer had known Jim Sullivan for years, back when Longmeyer was the secretary of the Personnel Cabinet under former Democratic Gov. Steve Beshear. When offered the ride, Longmeyer was the deputy attorney general under Beshear's son, Andy Beshear. Sullivan was a lobbyist looking to land a lucrative contract for some of his clients.

"Let me put something right down there," Sullivan told Longmeyer as he placed $1,000 in cash in a cup holder. "I'll play the game."

What Sullivan didn't know was that Longmeyer had already been caught accepting bribes by the FBI. He was recording the conversation with a camera hidden in a day planner sitting on the car's dashboard, which captured a clear shot of Sullivan's face for a federal jury to see on Wednesday during the third day of Sullivan's bribery trial. The video was part of Longmeyer's nearly six hours of testimony, in which he offered his first extended public comments on a scheme that has sent three men to prison and resulted in embarrassment for some Democratic officeholders.

ADVERTISEMENT

Longmeyer is serving a prison sentence of five years and eight months at a federal facility in Alabama for his role in accepting bribes related to Kentucky's health insurance plan. He returned to Kentucky on Wednesday to testify against Sullivan, who faces four counts of bribery in a separate case.

**Background:** Consultant James Sullivan accused of bribing ex-cabinet secretary (/story/news/2017/08/30/democratic-consultant-james-sullivan-bribery-charges-tim-longmeyer-steve-beshear/617969001/)

The $1,000 payment on that day in 2016 was one of several surreptitious meetings between the two men over seven years. The arrangement began around 2010, when Sullivan's consulting firm represented Cannon Cochran Management Services Inc., a company that was paid about $1 million a year to administer Kentucky's workers' compensation claims. Longmeyer testified he met with Sullivan, who offered to give him a "Christmas present."

"It was a euphemism for a bribe," Longmeyer said. "He was asking me to make sure CCMSI got the contract."

CCMSI first won the contract in 2005. But in 2010, Longmeyer said Mike Haydon, who was Gov. Beshear's legislative affairs director and later chief of staff, pressured him to award the contract to Underwriters Safety and Claims because the company had "helped him out to raise some funds." Longmeyer said he worked to keep the contract with CCMSI because Sullivan had paid him. Underwriters protested because its bid had been $200,000 less. Longmeyer said he directed his staff to have CCMSI lower its bid by $200,000 to keep the contract.

Haydon died in 2012. Steve Beshear's former aide said Wednesday that Beshear was traveling and couldn't be reached.

After that, Sullivan kept paying Longmeyer. He handed him $2,500 in an envelope under the table at a Mexican restaurant in Frankfort. He met him in the parking lot of a Frisch's restaurant, discreetly dropping an envelope filled with $4,000 into the drivers' side window. It landed on Longmeyer's lap.

**From December 2016:** Tim Longmeyer pleads guilty to state felony (/story/news/politics/2016/12/08/tim-longmeyer-pleads-guilty-state-felony/95156908/)

Longmeyer said he donated most of the money to Democratic political campaigns. He got around the campaign contribution limits by giving the money to family and friends and having them make the contributions for him. Some of that money went to Andy Beshear's campaign for attorney general. Beshear has vowed to donate that money to a government watchdog group once campaign finance officials conclude an audit of his 2015 campaign.

A spokesman in Andy Beshear's office said the attorney general has cooperated with the U.S. attorney and that the federal prosecutor has said the attorney general wasn't engaged in wrongdoing or aware of any.

"General Beshear is grateful for and has fully cooperated with the U.S. Attorney, who has stated on numerous occasions that the Attorney General was not engaged in or aware of any wrongdoing," spokesman Terry Sebastian said.

5 free articles left. Only 99¢ per month.

Thomas, Sullivan's attorney, spent most of his time questioning Longmeyer on his other bribery conviction related to the state's health insurance plan. He asked Longmeyer about his plea agreement with prosecutors, getting him to acknowledge he hoped to get a shorter sentence by testifying against Sullivan. Longmeyer, dressed in an orange prison uniform with shackles around his ankles, told Hectus he had been involved in Democratic politics for most of his adult life.

Support local journalism today

99¢ per month. Save 90%.

Subscribe Now

(https://subscribe.courier-journal.com/?gps-source=CPCAMBARD&utm_campaign=2018HOLIDAY&utm_content=freearticlesleft&utm_medium=ONSITE&utm_source=CPCAMBARD&journal.com%2Fstory%2Fnews%2Fpolitics%2F2018%2F06%2F13%2Fformer-kentucky-official-tim-longmeyer-testifies-bribery-trial%2F699160002%2F)

courier ' (/)

"I don't

Read or Share this story: https://www.courier-journal.com/story/news/politics/2018/06/13/former-kentucky-official-tim-longmeyer-testifies-bribery-trial/699160002/

# PERSONAL SERVICE CONTRACT AMENDMENT LIST- JULY 2017

| AGENCY/ VENDOR | EFFECTIVE DATES | CONTRACT TYPE | CONTRACT AMOUNT | AMENDMENT AMOUNT/ AMENDMENT DESCRIPTION | CONTRACT DESCRIPTION |
|---|---|---|---|---|---|
| **ADMINISTRATIVE OFFICE OF THE COURTS** | | | | | |
| **1. 1600001043**<br>Transitions, Inc.<br>700 Fairfield Avenue<br>Covington, KY 41011 | January 01, 2016 - December 30, 2018 | Veterans Treatment Court | $24,087.00 | Decrease by ($73,383.00); Federal Funds; Provide for a decrease in accordance with approved federal budget. | Provide funds to implement a Veterans Treatment Court in Campbell County. Contractor will serve as the treatment provider and is responsible for conducting a comprehensive, culturally appropriate, residential and outpatient substance abuse treatment program to include persons with co-occurring substance abuse and mental health issues supported by integrated mental health care, evidence based psychiatric services, coordination of wrap-around services, enhanced case management, which includes assisting the Drug Court Coordinator with increased drug court cases and providing recovery services. |
| **2. 1600002387**<br>Stites and Harbison<br>421 West Main Street<br>Frankfort, KY 40601 | July 01, 2016 - June 30, 2018 | Legal | $40,000.00 | No increase or decrease; General Funds; $125 per hour; Provide for an extension of time to June 30, 2018 due to ongoing litigation. | Review all documentation relating to the action and provide representation for the Supreme Court and AOC throughout all related proceedings until the matter has been resolved. John D. Minton Chief Justice of the Kentucky Supreme Court, Susan Stokley Clary, Clerk of the Kentucky Supreme Court, the Kentucky Supreme Court, and Larrin Thompson, Supreme Court Law Clerk, were named as defendants in Amy Jerrine Mischler v. Susan Stokley Clary, John Minton, Kentucky Supreme Court and Larrin Thompson; United States District Court, Eastern District of Kentucky, Case 3:13-CV-26-ART. |
| **3. 1600003867**<br>Tad Thomas<br>9418 Norton Commons Blvd., Suite 200<br>Louisville, KY 40059 | July 01, 2016 - June 30, 2018 | Legal | $8,232.50 | No increase or decrease; General Funds; $125 per hour; Provide for an extension of time to June 30, 2018 due to ongoing litigation. | Review all documentation relating to Michael Anthony Usrey v. Farmland Publications, Inc., and Dennis Loy, an Individual, Adair Circuit Court, Case Number 16-CI-00051 and provide representation for Adair Circuit Clerk, Dennis Loy, throughout all related proceedings until the matter has been resolved. |



# LEXINGTON HERALD ⊕ LEADER

POLITICS & GOVERNMENT

# FBI agent: Illegal donations went to campaigns of Andy Beshear, Jack Conway

**BY JOHN CHEVES**

**JCHEVES@HERALD-LEADER.COM**



MAY 03, 2016 09:07 PM, UPDATED MAY 04, 2016 01:09 PM

Gov. Matt Bevin summarizes his next steps after he outlined alleged financial irregularities in the Beshear administration. /By Jack Brammer

By

Former state Personnel Secretary Tim Longmeyer arranged for illegal campaign donations to be made in 2015 to Democrats Andy Beshear, who was elected attorney general and hired Longmeyer as his deputy, and Jack Conway, who failed in his gubernatorial bid, according to newly released court records.

The money came from a kickback scheme Longmeyer established with Lexington-based MC Squared Consulting and its co-founder, Samuel C. McIntosh, according to court records. In exchange for $197,500 in cash and $6,000 in illegal campaign donations, Longmeyer helped the firm get work organizing focus groups and conducting telephone surveys for Humana and Anthem, companies that provided insurance to state workers through the Kentucky Employees' Health Plan.

Some "straw" campaign donations were made by MC Squared employees, later reimbursed by their employer, and others were made by Longmeyer in other people's names using part of the bribe money he collected, according to court records. The records do not identify the listed names of the donors or the totals given, although they do mention at least three $1,000 donations going to Beshear on May 29 and two $1,000 donations going to Conway on March 12.

Longmeyer — a longtime Kentucky Democratic Party insider — also helped MC Squared get "voter outreach" work from Beshear's election campaign, with the billing disguised to conceal its true beneficiary, and he promised to continue helping McIntosh after Longmeyer became deputy attorney general this year, according to court records.

# Premium content for only $0.99

For the most comprehensive local coverage, subscribe today.

SUBSCRIBE NOW

#READLOCAL

"I have a friend who is going into the attorney general's office," McIntosh told an undercover special agent for the FBI in a secretly recorded conversation on Jan. 5. In the same recording, McIntosh read aloud a text message he received days earlier from Longmeyer: "'Sam, we need to talk about doing focus groups and polling (inaudible) the AG's office.'"

In another recorded conversation shortly after last November's election, McIntosh said to an FBI informant who worked at MC Squared, "Tim's already told me that, after the first of the year, we're going to be doing work," according to court records. When the informant asked what kind of work Longmeyer offered, McIntosh said "jury studies," according to court records.

Longmeyer has pleaded guilty to bribery in the case and faces up to 10 years in prison when he's sentenced Aug. 18. Nobody else has been publicly charged, although prosecutors say their investigation

continues. MC Squared no longer answers phones at its office, and McIntosh has been unavailable for comment in recent weeks.

At the request of the Herald-Leader, Assistant U.S. Attorney Andrew T. Boone asked U.S. Magistrate Judge Robert Wier to unseal a batch of records related to the case. Wier released those records late Tuesday, including the March 24 affidavit filed by FBI Agent James Huggins when he requested search warrants for the office of MC Squared and the homes, cellphones and bodies of McIntosh and Myron D. Harrod, one of McIntosh's colleagues. Harrod also has been unavailable for comment in recent weeks.

The documents were redacted — sometimes heavily. Boone said in a motion filed Tuesday that prosecutors want to protect the identities of "certain targets and subjects of the investigation" who have not been publicly identified, and "one individual who was previously suspected of involvement in Longmeyer's crimes" but no longer is. Some of the redacted portions appear to explain the illegal campaign donations in greater detail, including two pages that are blacked out entirely.

In his affidavit, Huggins stated that he "has no reason to believe that Andrew Beshear or Jack Conway were aware of this scheme or the illegal source of the funds contributed to their campaigns."

Beshear condemns Longmeyer's crimes and had no knowledge of them until his former deputy was charged in March, just a few days after abruptly resigning, spokesman Terry Sebastian said. Once a routine audit of Beshear's campaign account is completed by the Kentucky Registry of Election Finance, any surplus funds will be donated to the government watchdog group Common Cause, Sebastian said.

"Andy has made it very clear from the beginning that he was hurt by what Tim has done," Sebastian said. "But this has nothing to do with Andy, and it's nothing that he knew was going on."



Attorney General Andy Beshear announces state criminal charges will be filed against former deputy Tim Longmeyer.

By Jack Brammer

Conway could not immediately be reached for comment.

Beshear inherited Longmeyer from his father, former Gov. Steve Beshear, for whom Longmeyer worked as personnel secretary.

While he ran the Personnel Cabinet, Longmeyer helped MC Squared get more than $2 million in contracts from Humana and Anthem on the state employee insurance plan, prosecutors say. Longmeyer told McIntosh how much to charge the companies and how much to kick back to him, which resulted in "billing of excessive consulting fees for substandard services," according to court records. The firm's focus groups and telephone surveys were padded with repetitive "filler" questions, and to save money, the same respondents sometimes were used multiple times, according to court records.

Harrod told one of the FBI's undercover agents in the case "that the focus groups and telephone surveys were 'basically crap,'" Huggins wrote in his affidavit.

The insurance plan that paid for these contracts covers 300,000 state employees and their dependents.

Apart from the MC Squared employees, who were illegally reimbursed by their employer for making 2015 campaign donations, Longmeyer used at least some of the cash he collected from bribes to make his own illegal donations through other people, according to court records. It's illegal to give money through other people because such fraudulent donations violate campaign-finance limits on individual donors.

"The investigation has also determined that Longmeyer's (redacted) illegal efforts to fund conduit campaign contributions were motivated by the prospect of personal clout and financial gain," Huggins wrote in his affidavit. Prosecutors then redacted at least one specific example of the personal clout or financial gain that Longmeyer expected to get.

Confidential sources assisting the FBI, including one who worked at MC Squared and had regular access to its financial records, told Huggins that McIntosh and Harrod were involved in a marijuana trafficking operation, according to court records. McIntosh often received marijuana from a supplier in California for distribution in Kentucky, with Harrod's assistance, Huggins wrote in his affidavit.

In his search warrant affidavit, Huggins requested permission to look for marijuana and weighing scales or other paraphernalia associated with drug sales. The records unsealed Tuesday don't establish what the FBI found during its searches.

# Supreme Court of Kentucky

| Appellant | **AMY MISCHLER** |
|---|---|
| | VS |
| Appellee | **HON ROBERT MCGINNIS SPECIAL JUDGE, PIKE COUNTY CIRCUIT COURT** |

## Case Information

| Case # | 2014-SC-000200 |
|---|---|
| Case Type | Original Action: (OA) |
| Document Type | Matter of Right Appeal: (MR) |
| Case Status | Active: (A) |
| Last Main Event | ORDER TO DISMISS: (12/7/2018) |

## Step Sheet

| Step # | Date | Description | Memo |
|---|---|---|---|
| 1 | 2/18/2014 | JUDGMENT / ORIGINAL ACTION DATE: **JD** | |
| 2 | 4/16/2014 | NOTICE OF APPEAL-ORG. ACTION: **NA** | FORMA PAUPERIS GRANTED IN COURT OF APPEALS 4/16/2014. **(Due Date: 5/16/2014)** |
| 3 | 4/21/2014 | JUSTICE RECUSED FROM CASE: **RECUSE** | CHIEF JUSTICE JOHN D. MINTON HEREBY RECUSES HIMSELF FROM PARTICIPATING IN THIS ACTION. (COPY OF RECUSAL ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7090) |
| 4 | 4/24/2014 | JUSTICE RECUSED FROM CASE: **RECUSE** | JUSTICE WILL T. SCOTT HEREBY RECUSES HIMSELF FROM PARTICIPATION IN THIS CASE. (COPY OF RECUSAL ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7113) |
| 5 | 5/13/2014 | LETTER TO GOVERNOR TO APPOINT SPECIAL JUSTICES: **SPGOV** | PURSUANT TO SECTION 110(3) OF THE CONSTITUTION, NOTICE SENT TO GOVERNOR STEVE BESHEAR CERTIFYING THE RECUSALS OF CHIEF JUSTICE JOHN D. MINTON, JR. AND JUSTICE WILL T. SCOTT. (COPY OF LETTER TO GOVERNOR MAILED CERTIFIED MAIL #7010 2780 0002 9989 7120) |
| 6 | 5/15/2014 | NOTICE OF CERTIFICATION-ORG. ACTION: **NC** | |
| 7 | 5/19/2014 | APPEAL FROM ORIGINAL ACTION FILED: **AF** | APPELLANT BRIEF FILED. *TIMELY FILED PURSUANT TO CR 76.40 (2) BY UPS* **(Due Date: 7/18/2014)** |

| 8 | 6/12/2014 | MISCELLANEOUS MOTIONS: **MM** | APPELLEE FILED MOTION TO SUBSTITUTE COUNSEL. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7182) **(Due Date: 6/25/2014)** |
|---|---|---|---|
| 9 | 6/16/2014 | MISCELLANEOUS MOTIONS: **MM** | APPELLANT FILED MOTION TO CORRECT TITLE ONLINE. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7199) **(Due Date: 6/25/2014)** |
| 10 | 6/16/2014 | MISCELLANEOUS MOTIONS: **MM** | APPELLANT FILED NOTICE OF RE-CERTIFICATION. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7199) **(Due Date: 6/25/2014)** |
| 11 | 6/16/2014 | EXECUTIVE ORDER APPOINTING SPECIAL JUSTICES: **SPAPPT** | RECEIVED COPY OF EXECUTIVE ORDER 2014-465 FROM GOVERNOR STEVEN L. BESHEAR APPOINTING HON. NORMAN E. HARNED, BOWLING GREEN, KY, AND HON. PAUL W. BLAIR, MOREHEAD, KY, FOR THE PURPOSE OF HEARING AND DECIDING THIS CASE. (COPY OF EXECUTIVE ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7205) |
| 12 | 6/20/2014 | ** NOTE **: **CK** | TENDERED 5 COPIES OF APPELLEE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE RESPONSE. |
| 13 | 6/25/2014 | SCHEDULE TO MOTION DOCKET: **MS** | NO RESPONSE FILED. |
| 14 | 6/25/2014 | SCHEDULE TO MOTION DOCKET: **MS** | NO RESPONSE FILED. |
| 15 | 6/25/2014 | SCHEDULE TO MOTION DOCKET: **MS** | NO RESPONSE FILED. |
| 16 | 7/2/2014 | MISC MOTION ORDER: **OM** | ORDER GRANTED APPELLEE'S MOTION TO SUBSTITUTE HON. S. TRAVIS MAYO AND HON. JESSICA R. C. MALLOY, IN PLACE OF HON. NICOLE H. PANG AND HONORABLE CLAY A. BARKLEY AS COUNSEL OF RECORD FOR APPELLEE. (COPY OF ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7299) |
| 17 | 7/2/2014 | MOTION TO DISMISS: **MD** | APPELLEE, HON. ROBERT MCGINNIS, FILED MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSE BRIEF. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7299) **(Due Date: 7/14/2014)** |
| 18 | 7/14/2014 | MOTION TO RECUSE JUSTICE: **MMREC** | APPELLANT FILED MOTION FOR THE RECUSAL OF JUSTICE VENTERS IN ALL MATTERS CONCERNING AMY JERRINE MISCHLER. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7274) **(Due Date: 7/25/2014)** |

| 19 | 7/14/2014 | MOTION TO RECUSE JUSTICE: **MMREC** | APPELLANT FILED MOTION FOR THE RECUSAL OF DEPUTY CHIEF JUSTICE NOBLE IN ALL MATTERS CONCERNING AMY JERRINE MISCHLER. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7274) **(Due Date: 7/25/2014)** |
| 20 | 7/14/2014 | RESPONSE TO MOTION TO DISMISS: **ZD** | APPELLANT FILED RESPONSE TO DENY MOTION TO DISMISS OR ALLOW FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7274) |
| 21 | 7/14/2014 | SCHEDULE TO MOTION DOCKET: **MS** | |
| 22 | 7/18/2014 | RESPONSE TO MISCELLANEOUS MOTIONS: **ZM** | APPELLEE FILED RESPONSE IN OPPOSITION TO MOTION FOR THE RECUSAL OF JUSTICE VENTERS IN ALL MATTERS CONCERNING AMY JERRINE MISCHLER. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7298) |
| 23 | 7/18/2014 | RESPONSE TO MISCELLANEOUS MOTIONS: **ZM** | APPELLEE FILED RESPONSE IN OPPOSITION TO MOTION FOR THE RECUSAL OF DEPUTY CHIEF JUSTICE NOBLE IN ALL MATTERS CONCERNING AMY JERRINE MISCHLER. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7298) |
| 24 | 7/18/2014 | SCHEDULE TO MOTION DOCKET: **MS** | |
| 25 | 7/18/2014 | SCHEDULE TO MOTION DOCKET: **MS** | |
| 26 | 10/23/2014 | MISC MOTION ORDER: **OM** | THE APPELLANT HAVING FILED A MOTION REQUESTING RECUSAL OF JUSTICE VENTERS, SAID MOTION IS HEREBY DENIED. (ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7304) |
| 27 | 12/7/2018 | MISC MOTION ORDER: **OM** | APPELLANT'S MOTION TO CORRECT TITLE ONLINE IS DENIED AS BEING MOOT. |
| 28 | 12/7/2018 | ORDER TO DISMISS: **OD** | ORDER GRANTED THE MOTION OF APPELLEE, HON. ROBERT MCGINNIS, TO DISMISS THE ABOVE-STYLED APPEAL AND THE ABOVE-STYLED APPEAL IS HEREBY DISMISSED. (COPY OF ORDER DISMISSING MAILED CERTIFIED MAIL #7010 2780 0002 9989 7380) **(Due Date: 12/17/2018)** |

# Litigant Information

| Description | Primary | Name | Seq # |
|---|---|---|---|
| Appellant | Y | AMY MISCHLER | 1 |
| Appellee | Y | HON ROBERT MCGINNIS SPECIAL JUDGE, PIKE COUNTY CIRCUIT COURT | 2 |

# Party Attorneys

| Attorney Name | Party Name | Type |
|---|---|---|
| MALLOY JESSICA R.C. | MCGINNIS ROBERT | Appellee |
| MAYO STEVEN TRAVIS | MCGINNIS ROBERT | Appellee |
| MISCHLER AMY JERRINE | MISCHLER AMY | Appellant |

# Circuit Information

| County | Case # | Div | Court # | Judgment Date | Judge Name |
|---|---|---|---|---|---|
| FROM COURT OF APPEALS (122) | 06-F-00438 | CI | 1 | 2/18/2014 | SUSAN MULLINS JOHNSON |

# Associated Supreme Cases

| Case # |
|---|
| 0 results |

# Associated Other Cases

| Case # |
|---|
| 2013-CA-001299 |

# Supreme Court of Kentucky

| | |
|---|---|
| Appellant | **AMY MISCHLER** |
| | VS |
| Appellee | **HON ROBERT MCGINNIS SPECIAL JUDGE, PIKE COUNTY CIRCUIT COURT** |

## Case Information

| | |
|---|---|
| Case # | **2014-SC-000201** |
| Case Type | **Original Action: (OA)** |
| Document Type | Matter of Right Appeal: (MR) |
| Case Status | Active: (A) |
| Last Main Event | **ORDER TO DISMISS: (12/7/2018)** |

## Step Sheet

| Step # | Date | Description | Memo |
|---|---|---|---|
| 1 | 2/18/2014 | JUDGMENT / ORIGINAL ACTION DATE: **JD** | |
| 2 | 4/16/2014 | NOTICE OF APPEAL-ORG. ACTION: **NA** | FORMA PAUPERIS GRANTED IN COURT OF APPEALS 4/16/2014. **(Due Date: 5/16/2014)** |
| 3 | 4/21/2014 | JUSTICE RECUSED FROM CASE: **RECUSE** | CHIEF JUSTICE JOHN D. MINTON HEREBY RECUSES HIMSELF FROM PARTICIPATING IN THIS ACTION. |
| 4 | 4/24/2014 | JUSTICE RECUSED FROM CASE: **RECUSE** | JUSTICE WILL T. SCOTT HEREBY RECUSES HIMSELF FROM PARTICIPATION IN THIS CASE. (COPY OF RECUSAL ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7113) |
| 5 | 5/13/2014 | LETTER TO GOVERNOR TO APPOINT SPECIAL JUSTICES: **SPGOV** | PURSUANT TO SECTION 110(3) OF THE CONSTITUTION, NOTICE SENT TO GOVERNOR STEVE BESHEAR CERTIFYING THE RECUSALS OF CHIEF JUSTICE JOHN D. MINTON, JR. AND JUSTICE WILL T. SCOTT. (COPY OF LETTER TO GOVERNOR MAILED CERTIFIED MAIL #7010 2780 0002 9989 7120) |
| 6 | 5/15/2014 | NOTICE OF CERTIFICATION-ORG. ACTION: **NC** | |
| 7 | 5/19/2014 | APPEAL FROM ORIGINAL ACTION FILED: **AF** | APPELLANT BRIEF FILED. *TIMELY FILED PURSUANT TO CR 76.40 (2) BY UPS* **(Due Date: 7/18/2014)** |

| 8 | 6/12/2014 | MISCELLANEOUS MOTIONS: **MM** | APPELLEE FILED MOTION TO SUBSTITUTE COUNSEL. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7182) **(Due Date: 6/25/2014)** |
|---|---|---|---|
| 9 | 6/16/2014 | MISCELLANEOUS MOTIONS: **MM** | APPELLANT FILED NOTICE OF RE-CERTIFICATION. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7199) **(Due Date: 6/25/2014)** |
| 10 | 6/16/2014 | EXECUTIVE ORDER APPOINTING SPECIAL JUSTICES: **SPAPPT** | RECEIVED COPY OF EXECUTIVE ORDER 2014-465 FROM GOVERNOR STEVEN L. BESHEAR APPOINTING HON. NORMAN E. HARNED, BOWLING GREEN, KY, AND HON. PAUL W. BLAIR, MOREHEAD, KY, FOR THE PURPOSE OF HEARING AND DECIDING THIS CASE. (COPY OF EXECUTIVE ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7205) |
| 11 | 6/20/2014 | ** NOTE **: **CK** | TENDERED 5 COPIES OF APPELLEE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE RESPONSE. |
| 12 | 6/25/2014 | SCHEDULE TO MOTION DOCKET: **MS** | NO RESPONSE FILED. |
| 13 | 6/25/2014 | SCHEDULE TO MOTION DOCKET: **MS** | NO RESPONSE FILED. |
| 14 | 7/2/2014 | MISC MOTION ORDER: **OM** | ORDER GRANTING APPELLEE'S MOTION TO SUBSTITUTE HONORABLE S. TRAVIS MAYO AND JESSICA R.C. MALLOY, ASSISTANT ATTORNEYS GENERAL, IN PLACE OF HONORABLE NICOLE H. PANG AND CLAY A. BARKLEY, ASSISTANT ATTORNEYS GENERAL, AS COUNSEL OF RECORD FOR THE APPELLEE IN THE ABOVE-STYLED ACTION. MAILED CERTIFIED MAIL # 70102780000299897236 TO AMY MISCHLER. |
| 15 | 7/2/2014 | MOTION TO DISMISS: **MD** | HONORABLE ROBERT MCGINNIS, FILED MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSE BRIEF. MAILED CERTIFIED MAIL # 70102780000299897236 TO AMY MISCHLER. **(Due Date: 7/14/2014)** |
| 16 | 7/14/2014 | RESPONSE TO MOTION TO DISMISS: **ZD** | APPELLANT FILED RESPONSE TO DENY MOTION TO DISMISS OR ALLOW FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7274) |
| 17 | 7/14/2014 | SCHEDULE TO MOTION DOCKET: **MS** | |

| 18 | 12/7/2018 | ORDER TO DISMISS: **OD** | ORDER GRANTED THE MOTION OF APPELLEE, HON. ROBERT MCGINNIS, TO DISMISS THE ABOVE-STYLED APPEAL AND THE ABOVE-STYLED APPEAL IS HEREBY DISMISSED. (COPY OF ORDER DISMISSING MAILED CERTIFIED MAIL #7010 2780 0002 9989 7144) **(Due Date: 12/17/2018)** |

## Litigant Information

| Description | Primary | Name | Seq # |
|---|---|---|---|
| Appellant | Y | AMY MISCHLER | 1 |
| Appellee | Y | HON ROBERT MCGINNIS SPECIAL JUDGE, PIKE COUNTY CIRCUIT COURT | 2 |

## Party Attorneys

| Attorney Name | Party Name | Type |
|---|---|---|
| MALLOY JESSICA R.C. | MCGINNIS ROBERT | Appellee |
| MAYO STEVEN TRAVIS | MCGINNIS ROBERT | Appellee |
| MISCHLER AMY JERRINE | MISCHLER AMY | Appellant |

## Circuit Information

| County | Case # | Div | Court # | Judgment Date | Judge Name |
|---|---|---|---|---|---|
| FROM COURT OF APPEALS (122) | 02-D-00202 | CI | 1 | 2/18/2014 | HON ROBERT MCGINNIS |
| FROM COURT OF APPEALS (122) | 02-D-00202-002 | CI | 1 | 2/18/2014 | HON ROBERT MCGINNIS |

## Associated Supreme Cases

| Case # |
|---|
| 0 results |

## Associated Other Cases

| Case # |
|---|
| 2013-CA-001300 |

# Supreme Court of Kentucky

| Appellant | **AMY MISCHLER** |
|---|---|
| | vs |
| Appellee | **HON ROBERT MCGINNIS SPECIAL JUDGE, PIKE COUNTY CIRCUIT COURT** |

## Case Information

| Case # | 2014-SC-000202 |
|---|---|
| Case Type | Original Action: (OA) |
| Document Type | Matter of Right Appeal: (MR) |
| Case Status | Active: (A) |
| Last Main Event | ORDER TO DISMISS: (12/7/2018) |

## Step Sheet

| Step # | Date | Description | Memo |
|---|---|---|---|
| 1 | 2/18/2014 | JUDGMENT / ORIGINAL ACTION DATE: **JD** | |
| 2 | 4/16/2014 | NOTICE OF APPEAL-ORG. ACTION: **NA** | FORMA PAUPERIS FILED IN COURT OF APPEALS 4/16/2014. (Due Date: 5/16/2014) |
| 3 | 4/21/2014 | JUSTICE RECUSED FROM CASE: **RECUSE** | CHIEF JUSTICE JOHN D. MINTON HEREBY RECUSES HIMSELF FROM PARTICIPATING IN THIS ACTION. |
| 4 | 4/24/2014 | JUSTICE RECUSED FROM CASE: **RECUSE** | JUSTICE WILL T. SCOTT HEREBY RECUSES HIMSELF FROM PARTICIPATION IN THIS CASE. (COPY OF RECUSAL ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7113) |
| 5 | 5/13/2014 | LETTER TO GOVERNOR TO APPOINT SPECIAL JUSTICES: **SPGOV** | PURSUANT TO SECTION 110(3) OF THE CONSTITUTION, NOTICE SENT TO GOVERNOR STEVE BESHEAR CERTIFYING THE RECUSALS OF CHIEF JUSTICE JOHN D. MINTON, JR. AND JUSTICE WILL T. SCOTT. (COPY OF LETTER TO GOVERNOR MAILED CERTIFIED MAIL #7010 2780 0002 9989 7120) |
| 6 | 5/15/2014 | NOTICE OF CERTIFICATION-ORG. ACTION: **NC** | |
| 7 | 5/19/2014 | APPEAL FROM ORIGINAL ACTION FILED: **AF** | APPELLANT BRIEF FILED. *TIMELY FILED PURSUANT TO CR 76.40 (2) BY UPS* (Due Date: 7/18/2014) |

| 8 | 6/12/2014 | MISCELLANEOUS MOTIONS: **MM** | APPELLEE FILED MOTION TO SUBSTITUTE COUNSEL. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7182) (Due Date: 6/25/2014) |
|---|---|---|---|
| 9 | 6/16/2014 | MISCELLANEOUS MOTIONS: **MM** | APPELLANT FILED NOTICE OF RE-CERTIFICATION. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7199) (Due Date: 6/25/2014) |
| 10 | 6/16/2014 | EXECUTIVE ORDER APPOINTING SPECIAL JUSTICES: **SPAPPT** | RECEIVED COPY OF EXECUTIVE ORDER 2014-465 FROM GOVERNOR STEVEN L. BESHEAR APPOINTING HON. NORMAN E. HARNED, BOWLING GREEN, KY, AND HON. PAUL W. BLAIR, MOREHEAD, KY, FOR THE PURPOSE OF HEARING AND DECIDING THIS CASE. (COPY OF EXECUTIVE ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7205) |
| 11 | 6/20/2014 | ** NOTE **: **CK** | TENDERED 5 COPIES OF APPELLEE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE RESPONSE. |
| 12 | 6/25/2014 | SCHEDULE TO MOTION DOCKET: **MS** | NO RESPONSE FILED. |
| 13 | 6/25/2014 | SCHEDULE TO MOTION DOCKET: **MS** | NO RESPONSE FILED. |
| 14 | 7/2/2014 | MISC MOTION ORDER: **OM** | ORDER GRANTING APPELLEE'S MOTION TO SUBSTITUTE HONORABLE S. TRAVIS MAYO AND JESSICA R.C. MALLOY, ASSISTANT ATTORNEYS GENERAL, IN PLACE OF HONORABLE NICOLE H. PANG AND CLAY A. BARKLEY, ASSISTANT ATTORNEYS GENERAL, AS COUNSEL OF RECORD FOR THE APPELLEE IN THE ABOVE-STYLED ACTION. MAILED CERTIFIED MAIL # 70102780000299897267 TO AMY MISCHLER. |
| 15 | 7/2/2014 | MOTION TO DISMISS: **MD** | HONORABLE ROBERT MCGINNIS, FILED MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSE BRIEF. MAILED CERTIFIED MAIL # 70102780000299897267 TO AMY MISCHLER. (Due Date: 7/14/2014) |
| 16 | 7/14/2014 | RESPONSE TO MOTION TO DISMISS: **ZD** | APPELLANT FILED RESPONSE TO DENY MOTION TO DISMISS OR ALLOW FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7274) |
| 17 | 7/14/2014 | SCHEDULE TO MOTION DOCKET: **MS** | |

| 18 | 12/7/2018 | ORDER TO DISMISS: **OD** | ORDER GRANTED THE MOTION OF APPELLEE, HON. ROBERT MCGINNIS, TO DISMISS THE ABOVE-STYLED APPEAL AND THE ABOVE-STYLED APPEAL IS HEREBY DISMISSED. (COPY OF ORDER DISMISSING MAILED CERTIFIED MAIL #7010 2780 0002 9989 7403)<br>**(Due Date: 12/17/2018)** |

## Litigant Information

| Description | Primary | Name | Seq # |
|---|---|---|---|
| Appellant | Y | AMY MISCHLER | 1 |
| Appellee | Y | HON ROBERT MCGINNIS SPECIAL JUDGE, PIKE COUNTY CIRCUIT COURT | 2 |

## Party Attorneys

| Attorney Name | Party Name | Type |
|---|---|---|
| MALLOY JESSICA R.C. | MCGINNIS ROBERT | Appellee |
| MAYO STEVEN TRAVIS | MCGINNIS ROBERT | Appellee |
| MISCHLER AMY JERRINE | MISCHLER AMY | Appellant |

## Circuit Information

| County | Case # | Div | Court # | Judgment Date | Judge Name |
|---|---|---|---|---|---|
| FROM COURT OF APPEALS (122) | 02-D-00202 | CI | 1 | 2/18/2014 | HON ROBERT MCGINNIS |
| FROM COURT OF APPEALS (122) | 02-D-00202-001 | CI | 1 | 2/18/2014 | HON ROBERT MCGINNIS |

## Associated Supreme Cases

| Case # |
|---|
| 0 results |

## Associated Other Cases

| Case # |
|---|
| 2013-CA-001301 |

# Supreme Court of Kentucky

| Appellant | **AMY MISCHLER** |
|---|---|
| | VS |
| Appellee | **HON ROBERT MCGINNIS SPECIAL JUDGE, PIKE COUNTY CIRCUIT COURT** |

## Case Information

| Case # | 2014-SC-000203 |
|---|---|
| Case Type | Original Action: (OA) |
| Document Type | Matter of Right Appeal: (MR) |
| Case Status | Active: (A) |
| Last Main Event | ORDER TO DISMISS: (12/7/2018) |

## Step Sheet

| Step # | Date | Description | Memo |
|---|---|---|---|
| 1 | 2/18/2014 | JUDGMENT / ORIGINAL ACTION DATE: **JD** | |
| 2 | 4/16/2014 | NOTICE OF APPEAL-ORG. ACTION: **NA** | FORMA PAUPERIS FILED IN COURT OF APPEALS 4/16/2014. (Due Date: 5/16/2014) |
| 3 | 4/21/2014 | JUSTICE RECUSED FROM CASE: **RECUSE** | CHIEF JUSTICE JOHN D. MINTON HEREBY RECUSES HIMSELF FROM PARTICIPATING IN THIS ACTION. |
| 4 | 4/24/2014 | JUSTICE RECUSED FROM CASE: **RECUSE** | JUSTICE WILL T. SCOTT HEREBY RECUSES HIMSELF FROM PARTICIPATION IN THIS CASE. (COPY OF RECUSAL ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7113) |
| 5 | 5/13/2014 | LETTER TO GOVERNOR TO APPOINT SPECIAL JUSTICES: **SPGOV** | PURSUANT TO SECTION 110(3) OF THE CONSTITUTION, NOTICE SENT TO GOVERNOR STEVE BESHEAR CERTIFYING THE RECUSALS OF CHIEF JUSTICE JOHN D. MINTON, JR. AND JUSTICE WILL T. SCOTT. (COPY OF LETTER TO GOVERNOR MAILED CERTIFIED MAIL #7010 2780 0002 9989 7120) |
| 6 | 5/15/2014 | NOTICE OF CERTIFICATION-ORG. ACTION: **NC** | |
| 7 | 5/19/2014 | APPEAL FROM ORIGINAL ACTION FILED: **AF** | APPELLANT BRIEF FILED. *TIMELY FILED PURSUANT TO CR 76.40 (2) BY UPS* (Due Date: 7/18/2014) |

| 8 | 6/12/2014 | MISCELLANEOUS MOTIONS: **MM** | APPELLEE FILED MOTION TO SUBSTITUTE COUNSEL. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7182) (Due Date: 6/25/2014) |
| 9 | 6/16/2014 | MISCELLANEOUS MOTIONS: **MM** | APPELLANT FILED NOTICE OF RE-CERTIFICATION. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7199) (Due Date: 6/25/2014) |
| 10 | 6/16/2014 | EXECUTIVE ORDER APPOINTING SPECIAL JUSTICES: **SPAPPT** | RECEIVED COPY OF EXECUTIVE ORDER 2014-465 FROM GOVERNOR STEVEN L. BESHEAR APPOINTING HON. NORMAN E. HARNED, BOWLING GREEN, KY, AND HON. PAUL W. BLAIR, MOREHEAD, KY, FOR THE PURPOSE OF HEARING AND DECIDING THIS CASE. (COPY OF EXECUTIVE ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7205) |
| 11 | 6/20/2014 | ** NOTE **: **CK** | TENDERED 5 COPIES OF APPELLEE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE RESPONSE. |
| 12 | 6/25/2014 | SCHEDULE TO MOTION DOCKET: **MS** | NO RESPONSE FILED. |
| 13 | 6/25/2014 | SCHEDULE TO MOTION DOCKET: **MS** | NO RESPONSE FILED. |
| 14 | 7/2/2014 | MISC MOTION ORDER: **OM** | ORDER GRANTING APPELLEE'S MOTION TO SUBSTITUTE HONORABLE S. TRAVIS MAYO AND JESSICA R.C. MALLOY, ASSISTANT ATTORNEYS GENERAL, IN PLACE OF HONORABLE NICOLE H. PANG AND CLAY A. BARKLEY, ASSISTANT ATTORNEYS GENERAL, AS COUNSEL OF RECORD FOR THE APPELLEE IN THE ABOVE-STYLED ACTION. MAILED CERTIFIED MAIL # 70102780000299897250 TO AMY MISCHLER. |
| 15 | 7/2/2014 | MOTION TO DISMISS: **MD** | HONORABLE ROBERT MCGINNIS, FILED MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSE BRIEF. MAILED CERTIFIED MAIL # 70102780000299897250 TO AMY MISCHLER. (Due Date: 7/14/2014) |
| 16 | 7/14/2014 | RESPONSE TO MOTION TO DISMISS: **ZD** | APPELLANT FILED RESPONSE TO DENY MOTION TO DISMISS OR ALLOW FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF. (RECEIPT LETTER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7274) |
| 17 | 7/14/2014 | SCHEDULE TO MOTION DOCKET: **MS** | |

| 18 | 12/3/2018 | SWEARING-IN ORDER OF SPECIAL JUSTICES: **SPOATH** | HON. NORMAN E. HARNED, A MEMBER OF THE KENTUCKY BAR FROM BOWLING GREEN, KY WHO WAS APPOINTED BY MATTHEW G. BEVIN TO SIT AS SPECIAL JUSTICE OF THE KENTUCKY SUPREME COURT IN THE DETERMINATION OF THIS CAUSE BY THE DISQUALIFICATION OF CHIEF JUSTICE JOHN D. MINTON, JR., WAS ON THIS DATE, PRIOR TO ANY CONSIDERATION OF THE CAUSE, ADMINISTERED THE CONSTITUTIONAL OATH BY THE UNDERSIGNED. (COPY OF OATH ORDER MAILED CERTIFIED MAIL #7010 2780 0002 9989 7427) |
|---|---|---|---|
| 19 | 12/7/2018 | ORDER TO DISMISS: **OD** | ORDER GRANTED THE MOTION OF APPELLEE, HON. ROBERT MCGINNIS, TO DISMISS THE ABOVE-STYLED APPEAL AND THE ABOVE-STYLED APPEAL IS HEREBY DISMISSED. (COPY OF ORDER DISMISSING MAILED CERTIFIED MAIL #7010 2780 0002 9989 7397) (Due Date: 12/17/2018) |

# Litigant Information

| Description | Primary | Name | Seq # |
|---|---|---|---|
| Appellant | Y | AMY MISCHLER | 1 |
| Appellee | Y | HON ROBERT MCGINNIS SPECIAL JUDGE, PIKE COUNTY CIRCUIT COURT | 2 |

# Party Attorneys

| Attorney Name | Party Name | Type |
|---|---|---|
| MALLOY JESSICA R.C. | MCGINNIS ROBERT | Appellee |
| MAYO STEVEN TRAVIS | MCGINNIS ROBERT | Appellee |
| MISCHLER AMY JERRINE | MISCHLER AMY | Appellant |

# Circuit Information

| County | Case # | Div | Court # | Judgment Date | Judge Name |
|---|---|---|---|---|---|
| FROM COURT OF APPEALS (122) | 02-D-00202 | CI | 1 | 2/18/2014 | HON ROBERT MCGINNIS |
| FROM COURT OF APPEALS (122) | 02-D-00202-003 | CI | 1 | 2/18/2014 | HON ROBERT MCGINNIS |

# Associated Supreme Cases

| Case # |
|---|
|  |

0 results

# Associated Other Cases

**Case #**

2014-CA-001302

# USPS Tracking®

## Track Another Package +

*2014-SC-200*

**Tracking Number:** 70102780000299897380

Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

December 13, 2018
In Transit to Next Facility

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**December 13, 2018**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**December 11, 2018, 8:05 pm**
Departed USPS Regional Facility
LEXINGTON KY DISTRIBUTION CENTER

**December 11, 2018, 1:20 am**
Arrived at USPS Regional Facility
LEXINGTON KY DISTRIBUTION CENTER

# USPS Tracking®

*2014-SC-201*

Track Another Package **+**

Remove ✕

**Tracking Number:** 70102780000299897144

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

December 13, 2018
In Transit to Next Facility

**Get Updates** ∨

Feedback

---

**Text & Email Updates**                                                    ∨

---

**Tracking History**                                                        ∧

**December 13, 2018**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**December 11, 2018, 8:05 pm**
Departed USPS Regional Facility
LEXINGTON KY DISTRIBUTION CENTER

**December 10, 2018, 11:30 pm**
Arrived at USPS Regional Facility
LEXINGTON KY DISTRIBUTION CENTER

---

# USPS Tracking®

**FAQs ❯ (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package +

*2014-SC-202.*

**Tracking Number:** 70102780000299897403                 Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

December 13, 2018
In Transit to Next Facility

**Get Updates** ∨

---

**Text & Email Updates**                 ∨

---

**Tracking History**                 ∧

**December 13, 2018**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**December 11, 2018, 8:05 pm**
Departed USPS Regional Facility
LEXINGTON KY DISTRIBUTION CENTER

**December 10, 2018, 11:49 pm**
Arrived at USPS Regional Facility
LEXINGTON KY DISTRIBUTION CENTER

# USPS Tracking®

**FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)**

*2014-SC-203*

## Track Another Package +

Remove ✕

**Tracking Number:** 70102780000299897397

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

December 13, 2018
In Transit to Next Facility

**Get Updates** ∨



Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**December 13, 2018**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**December 10, 2018, 11:49 pm**
Arrived at USPS Regional Facility
LEXINGTON KY DISTRIBUTION CENTER

---

**Product Information** ∨

---



CASE NO. 18-5665

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

AMY MISCHLER,

    APPELLANT

V.

MATT BEVIN, ET AL.

    APPELLEE

## NOTICE OF CERTIFICATE OF SERVICE ON
## APPELLANTS REPLY BRIEF
\*\*\*

The Appellant notices that her reply brief to the defendants was placed in her mail box on Saturday, December 8, 2018 at around 4:00 p.m. The mailman did not pick up the defendants brief until the following Monday.

The Defendants ARE NOT HARMED in any way by the delay as they receive immediate notice from the PACER if they so choose of when any pleading is filed can obtain a copy of the pleading which they generally prefer to do so in order to have PACER markings at the top and use a digital copy of which to cut and paste from.

Respectfully submitted,

*Amy Mischler*

Amy Mischler,
1120 Palm Court
Okeechobee, Florida 34974
ajmischler@yahoo.com

Certificate of Service

I hereby certify that true copy was sent to the following on this the 14th, day December, 2018. David Brent Irvin, Kentucky Cabinet for Health and Family Services, Office of Legal Services, 276 E. Main, 5WB, Frankfort, KY 40621, Bethany Breetz/John Clark Keller/Katie M. Glass, Stites & Harbison, 400 West Market Street, Suite 1800, Louisville, KY 40202, Marc G. Farris/Shan Dutta, Office of the Attorney General, 700 Capital Avenue, Suite 118, Frankfort, KY 40601, Andie Brent Camden, O'Bryan, Brown & Toner, PLLC, 401 South Fourth Street, Suite 2200, Selena Woody Stevens, 183 Whitman Way, Georgetown, KY 40324 and Jim Pruitt at Pruitt and DeBourbon Law Firm P.O. Box 339, Pikeville Kentucky, 41501Only one copy is sent to the KY OAG and Stites & Harbison.



**UNITED STATES**
**POSTAL SERVICE®**

# Shipment Confirmation
# Acceptance Notice

## A. Mailer Action

**Note To Mailer:** The labels and volume associated to this form online, **must** match the labeled packages being presented to the USPS® employee with this form.

Shipment Date: 12/08/18

Shipped From:

AMY MISCHLER
1120 PALM CT
OKEECHOBEE FL 34974-0526

| Type of Mail | Volume |
|---|---|
| Priority Mail® | 6 |
| Priority Mail Express™* | 0 |
| International Mail* | 0 |
| Other | 0 |
| **Total Volume** | 6 |

*Start time for products with service guarantees will begin when mail arrives at the local Post Office™ and items receive individual processing and acceptance scans.

## B. USPS Action

- USPS EMPLOYEE: Please scan upon pickup or receipt of mail. Leave form with customer or in customer's mail receptacle.
- Employee verifies the package volume count on the Package Pickup Carrier Manifest.
  - If the volume on the manifest matches the volume being collected from the customer, the employee should make the **1:YES** selection by pressing the number 1 on the keypad of the handheld scanner, or on the keyboard of the POS ONE terminal.
  - If the volume on the manifest does not match the volume being collected from the customer, the employee should make the **2:NO** selection. The mail should still be collected and dispatched as normal.

**USPS SCAN**

9475 7036 9930 0295 1725 52

PS Form **5630**, PSN 7530-08-000-4335, July 5, 2006

CASE NO. 18-5665

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

AMY MISCHLER,

     APPELLANT

V.

MATT BEVIN, ET AL.

     APPELLEE

## NOTICE OF CHANGE OF APPELLANTS
## PHONE NUMBER
***

Without warning, the Appellants deceased father's estranged wife illegally shut off utilities that were in the Appellants father name at the home where the Appellant and her father were living in Florida. The estranged stepmother has lived separate and apart from her husband in Kentucky for years. The stepmother also shut off the telephone, internet, and tv services.

Wherefore, the new telephone number for Amy Mischler is now 863-801-1877.

Respectfully submitted,

*Amy Mischler*

Amy Mischler,
1120 Palm Court
Okeechobee, Florida 34974

ajmischler@yahoo.com

Certificate of Service

I hereby certify that true copy was sent to the following on this the 14th, day December, 2018. David Brent Irvin, Kentucky Cabinet for Health and Family Services, Office of Legal Services, 276 E. Main, 5WB, Frankfort, KY 40621, Bethany Breetz/John Clark Keller/Katie M. Glass, Stites & Harbison, 400 West Market Street, Suite 1800, Louisville, KY 40202, Marc G. Farris/Shan Dutta, Office of the Attorney General, 700 Capital Avenue, Suite 118, Frankfort, KY 40601, Andie Brent Camden, O'Bryan, Brown & Toner, PLLC, 401 South Fourth Street, Suite 2200, Selena Woody Stevens, 183 Whitman Way, Georgetown, KY 40324 and Jim Pruitt at Pruitt and DeBourbon Law Firm P.O. Box 339, Pikeville Kentucky, 41501Only one copy is sent to the KY OAG and Stites & Harbison.



PRESS FIRMLY TO SEAL

# PRIORITY
★ MAIL ★
# EXPRESS™
OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EMS

EP13L July 2013   OD: 15 x 9.5

PS10001000059

RECEIVED

DEC 17 2018

DEBORAH S. HUNT, Clerk

U.S. POSTAGE PAID
PRIORITY
OKEECHOBEE, FL
34974
DEC 14, 18
AMOUNT
$24.90
R2304H109681-05

UNITED STATES
POSTAL SERVICE

PRIORITY
★ MAIL ★
EXPRESS™

ORDER FREE SUPPLIES

STATES
SERVICE.