RECEIVED

MAR 01 2019

DEBORAH S. HUNT, Clerk

CASE NO. 18-5665

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

AMY MISCHLER,

   APPELLANT

V.

MATT BEVIN, ET AL.

   APPELLEES

## APPELLANTS MOTION FOR FACTUAL FINDING ON ACTUAL DEFAULT BY APPELLEES GOVERNOR MATT BEVIN, SHEREENA HAMILTON SPURLOCK, ZACK OUSLEY AND DEBORAH WEBB

\*\*\*

Now comes the Appellant who motions for a factual finding on the record the

date that Appellees Matt Bevin, Emily Gray Jones, Shereena Hamilton Spurlock,

Zack Ousely and Deborah Webb defaulted on answering.

Appellee Governor Bevin has bribed district court Judge Greg Van Tatenhove

through a job to Judge Van Tatenhove's lover, now wife Christy Trout Van

Tatenhove. This scheme to violate the "due administration of justice" 18 U.S.C.

§1503 by Appellee Bevin and Judge Van Tatenhove was broad to include all cases

where Appellee Bevin would be sued in the Frankfort division in the Eastern District of Kentucky.[1]

Judge Greg Van Tatenhove carried out the conspiracy to violate 18 U.S.C. §1503 by ignoring default judgment of multiple appellees including Governor Matt Bevin who bribed Judge Van Tatenhove through employing the judges lover.[2]

The Rule of Law, IF THE SIXTH CIRCUIT COURT OF APPEALS WILL ENFORCE IT; entitles the Appellant to default judgment against these appellees.

## I. Appellee Governor Matt Bevin's default.

October 23, 2017:  Appellee Governor Bevin was served.  See Exhibit 1.

November 14, 2017:  This is the due day the Clerk of the Eastern District of Kentucky wrote on the docket. See Docket Entry 12, Exhibit 2.  Appellee Bevin did not file any responsive documents before or on November 14, 2017.

November 28, 2017:  Appellee Governor Bevin made an entry of appearance 36 days after being served.  ***There was no motion requesting an extension of time filed.  There was no Rule 12 motion filed.  There was no answer filed on behalf of***

---

[1] The Chief Judge of the Eastern District of Kentucky wrote the local rules to funnel all civil cases filed in the Frankfort division to Judge Greg Van Tatenhove ensuring that Appellee Bevin would be "judgment free" from federal lawsuits.
[2] The 6th Circuit Court of Appeals WAS FULLY ON NOTICE of this conflict of interest. See 18-5249 [6th Circuit] Document 18, filed 4/23/2018.  The panel at the 6th Circuit DID NOTHING to protect the integrity of the federal judiciary so the question begs;  is Appellee Governor Matt Bevin also giving jobs/bribes to the families of the panel? Or were law clerks at the 6th Circuit compromised by promises of future employment after their terms were finished to misinform 6th Circuit Court of Appeal judges?

*__Appellee Governor Bevin__*. There was only an impermissible Rule 11 motion.[3] See Docket entries 30 and unenumerated entry after 31 on Exhibit 2.

Had a neutral and detached Constitutional Article III District Judge been assigned and not Judge Van Tatenhove bribed by Appellee Governor Bevin; Appellant Amy Mischler would have been granted default judgment which she is entitled to under the Rule of Law.

## II. Appellee Emily Gray Jones' Default

January 4, 2018: Conflicted Judge Van Tatenhove grants Matt Bevin's attorney 45 additional days to file an answer for Appellee Emily Gray Jones. See Docket Entry 47 on Exhibit 2.

February 18, 2018: This is the 46th day after January 4, 2018 starting the count on January 5, 2018. No answer or Rule 12 motion was filed by Appellee Emily Gray Jones. See Exhibit 3 calendar pages.

February 23, 2018: Appellee Emily Gray Jones files an out of time motion to dismiss, without a motion to request filing out of time. See Docket Entry 52 on Exhibit 2.

---

[3] Exhibit 1, the summons to Appellee Governor Matt Bevin clearly states that only an answer or a motion under Rule 12 of the Civil Rules can be filed to fulfill obligations to the summons. A Rule 11 motion that Appellee Governor Matt Bevin did file is not permitted to be substituted for an answer or a Rule 12 motion. However, because of the bribe Appellee Governor Matt Bevin gave Judge Van Tatenhove; Appellee Governor Matt Bevin acted in the manner that the Rule of Law did not apply to him.

Had a neutral and detached Constitutional Article III District Judge been assigned and not one bribed by Appellee Governor Bevin; Appellant Amy Mischler would have been granted default judgment against Emily Gray Jones of which Ms. Mischler is entitled under the Rule of Law.

### III. Appellee Shereena Hamilton Spurlock's default.

January 4, 2018: Conflicted Judge Van Tatenhove grants Matt Bevin's attorney 45 additional days to file an answer for Appellee Shereena Hamilton Spurlock. See Docket Entry 47 on Exhibit 2.

February 18, 2018: This is the 46th day after January 4, 2018 starting the count on January 5, 2018. No answer or Rule 12 motion was filed by Appellee Shereena Hamilton Spurlock. See Exhibit 3 calendar pages.

February 23, 2018: Appellee Shereena Hamilton Spurlock files an out of time motion to dismiss, without a motion to request filing out of time. See Docket Entry 52 on Exhibit 2.

Had a neutral and detached Constitutional Article III District Judge been assigned and not one bribed by Appellee Governor Bevin; Appellant Amy Mischler would have been granted default judgment against Shereena Hamilton Spurlock. of which Ms. Mischler is entitled under the Rule of Law.

## IV. Appellee Zack Ousley's default

January 4, 2018:   Conflicted Judge Van Tatenhove grants Matt Bevin's attorney 45 additional days to file a answer for Appellee Zack Ousley.  See Docket Entry 47 on Exhibit 2.

February 18, 2018:  This is the 46th day after January 4, 2018 starting the count on January 5, 2018.  No answer or Rule 12 motion was filed by Appellee Zack Ousley. See Exhibit 3 calendar pages.

February 23, 2018:  Appellee Zack Ousley files an out of time motion to dismiss, without a motion to request filing out of time.  See Docket Entry Exhibit 2.

Had a neutral and detached Constitutional Article III District Judge been assigned and not one bribed by Appellee Governor Bevin;  Appellant Amy Mischler would have been granted default judgment against Zack Ousley. of which Ms. Mischler is entitled under the Rule of Law.

## V. Appellee Deborah Webb's default

January 4, 2018:   Conflicted Judge Van Tatenhove grants Matt Bevin's attorney 45 additional days to file n answer for Appellee Deborah Webb.  See Docket Entry 47 on Exhibit 2.

February 18, 2018:  This is the 46th day after January 4, 2018 starting the count on January 5, 2018.  No answer or Rule 12 motion was filed by Appellee Deborah Webb.  See Exhibit 3 calendar pages.

February 23, 2018: Appellee Deborah Webb files an out of time motion to dismiss, without a motion to request filing out of time. See Docket Entry 52 on Exhibit 2.

Had a neutral and detached Constitutional Article III District Judge been assigned and not one bribed by Appellee Governor Bevin; Appellant Amy Mischler would have been granted default judgment against Deborah Webb. of which Ms. Mischler is entitled under the Rule of Law.

## CONCLUSION

Article III Federal District Judge Greg Van Tatenhove, who is also a former U.S. Attorney for the Eastern District of Kentucky KNEW HE HAD AN IMPERMISSIBLE CONFLICT OF INTEREST.

Denying a pro se plaintiff/appellant default judgement against the Appellees is actual harm that Judge Van Tatenhove caused because of the conflict of interest/bribe. *Further, the conflict of interest is more than a mere conflict.* Appellee Governor Bevin's employment of Judge Van Tatenhove's lover was a bribe to influence the Federal Courts. Worse, the Eastern District of Kentucky Chief Judge participated in the scheme by writing the local rules to ensure that **ALL cases** involving Governor Bevin would be funneled to Judge Greg Van Tatenhove.[4]

---

[4] The scheme was noticed to the 6th Circuit Court of Appeals including the Chief Justice of the Eastern District of Kentucky stalking the Appellant on twitter. See 18-5249, Document 18. Since all civil cases filed against Appellee Governor Bevin would be filed in the Frankfort Division of the Eastern District of Kentucky because the capitol is Frankfort, Bevin's principal place of business; the local rules were modified by the Chief Justice that all civil cases

The Appellant prays that this panel and the Sixth Circuit Court of Appeals finally enforces the Rule of Law and holds the wrong doers accountable.

Wherefore, the Appellant requests a factual finding against Appellees Governor Bevin, Gray Jones, Hamilton Spurlock, Ousley and Webb; that they have a default judgment against them in favor of the Appellant.

Respectfully submitted,

Amy Mischler
1120 Palm Court
Okeechobee, Florida 34974
863-801-1877
ajmischler@yahoo.com

Certificate of Service

I hereby certify that true copy was sent to the following on this the 27th day of February, 2019 to the following: David Brent Irvin, Kentucky Cabinet for Health and Family Services, Office of Legal Services, 276 E. Main, 5WB, Frankfort, KY 40621, Bethany Breetz/John Clark/Keller/Katie M. Glass, Stites & Harbison, 400 West Market Street, Suite 1800, Louisville, KY 40202, Marc G. Farris/Shan Dutta, Office of the Attorney General, 700 Capital Avenue, Suite 118, Frankfort, KY 40601, Andie Brent Camden, O'Bryan, Brown & Toner, PLLC, 401 South Fourth Street, Suite 2200, Selena Woody Stevens, 183 Whitman Way, Georgetown, KY 40324, Jim Pruitt, Pruitt and DeBourbon Law Firm, P.O. Box 339, Pikeville Kentucky, 41501. Only one copy is sent to the KY OGA and Stites & Harbison.

---

filed in Frankfort would be automatically funneled to the judicial officer with the conflict of interest- Judge Greg Van Tatenhove.

# EXHIBIT 1

Signed summons for Governor Matt Bevin filed 3;17-cv-00066 Document 12, 11/6/17 Page ID 122 and 123

18-5665

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Amy Jerrine mischler

*Plaintiff(s)*

v.

Governor Matt Bevin

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

17-CV-66-6 FVT

RECEIVED

SECRETARY OF STATE
COMMONWEALTH OF KY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Governor Matt Bevin
700 Capital Avenue, Suite 100
Frankfort KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Mischler
1120 Palm Court
Okeechobee Fl 34974

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/15/17

ROBERT R. CARR

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Governor - Matt Bevin

was received by me on *(date)*  10/23/17

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Jon E. Pike  Director Governors Services , who is

designated by law to accept service of process on behalf of *(name of organization)*  Gov. Matthew Bevin

on *(date)* 10/24/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  Oct. 24, 2017

_____
*Server's signature*

Keith Duckworth - Special Bailiff
*Printed name and title*

1036 Milwaukee Lane, Louisville, KY 90272
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT 2

Specific Docket Pages, 1 of 22, 12 of 22, 14 of 22, 16 of 22, 17 of 22.

# U.S. District Court
## Eastern District of Kentucky (Frankfort)
## CIVIL DOCKET FOR CASE #: 3:17-cv-00066-DCR

Mischler v. Bevin et al
Assigned to: Judge Danny C. Reeves
Case in other court: 6CCA, 18-05249
                 6CCA, 18-05665
Cause: 42:1983 Civil Rights Act

Date Filed: 08/24/2017
Date Terminated: 03/28/2018
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Amy Jerrine Mischler**                    represented by **Amy Jerrine Mischler**
                                                         1120 Palm Court
                                                         Okeechobee, FL 34974
                                                         863-801-1877
                                                         PRO SE

V.

**Defendant**

**Stites & Harbison**                    represented by **Douglass Farnsley**
*TERMINATED: 03/28/2018*
                                                         Stites & Harbison, PLLC - Louisville
                                                         400 W. Market Street
                                                         Suite 1800
                                                          Louisville, KY 40202
                                                         502-587-3400
                                                          Fax: 502-587-6391
                                                         Email: dfarnsley@stites.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Katie M. Glass**
                                                          Stites & Harbison, PLLC - Frankfort
                                                          421 W. Main Street
                                                          P.O. Box 634
                                                          Frankfort, KY 40602-0634
                                                          502-209-1212
                                                          Email: kglass@stites.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **J. Clarke Keller**
                                                          Stites & Harbison PLLC - Lexington
                                                          250 W. Main Street

| 10/18/2017 | 10 | ORDER: Plaintiff's Motion 9 is GRANTED. Plaintiff shall have 60 days from the date of this Order to complete service on Defendants. Signed by Judge Gregory F. VanTatenhove on 10/18/2017.(AKR)cc: Paper copy to Plff via US Mail (Entered: 10/18/2017) |
|---|---|---|
| 11/06/2017 | 11 | NOTICE OF SUMMONS SERVICE ON SOME DEFENDANTS by Amy Jerrine Mischler. (Attachments: # 1 Envelp[e postmarked 11-4-17)(AKR) (Entered: 11/06/2017) |
| 11/06/2017 | 12 | SUMMONS Returned Executed by Amy Jerrine Mischler via personal service to Andy Beshear served on 10/24/2017, answer due 11/14/2017; Matt Bevin served on 10/24/2017, answer due 11/14/2017; Sally Brenzel served on 10/26/2017, answer due 11/16/2017; Selena Woody Stevens served on 10/24/2017, answer due 11/14/2017; Stites & Harbison served on 10/24/2017, answer due 11/14/2017. (AKR) (Entered: 11/06/2017) |
| 11/06/2017 | 13 | MOTION for Order that Pursuant to FRCP 4(e)(1) and KCRP 4.04(2) and (6) That all Other Defendants Have Been Served by Amy Jerrine Mischler, Pro Se. (Attachments: # 1 Various exhibits)(AKR) (Entered: 11/06/2017) |
| 11/09/2017 | 14 | MOTION to Dismiss for failure to state a claim by Stites & Harbison *and Lack of Standing, Statute of Limitations, Claim Preclusion, etc.* (Attachments: # 1 Memorandum in Support, # 2 Exhibit Mischler 2013A Opinion, # 3 Exhibit Mischler 2015 Opinion, # 4 Exhibit Mischler 2008 Opinion, # 5 Exhibit Mischler 2013A Complaint, # 6 Exhibit Mischler 2013B Opinion, # 7 Exhibit Mischler 2017 Opinion, # 8 Proposed Order)(Keller, J.) (Entered: 11/09/2017) |
| 11/13/2017 | | Attorney Update. Attorney Katie M. Glass,Douglass Farnsley for Stites & Harbison added. (CBD) (Entered: 11/13/2017) |
| 11/13/2017 | | ***FILE SUBMITTED TO CHAMBERS of Judge Van Tatenhove for review and possible scheduling (CBD) (Entered: 11/13/2017) |
| 11/13/2017 | 15 | MOTION to Dismiss for failure to state a claim by Sally Brenzel (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 - Pike Circuit Court Order, # 3 Exhibit 2 - Brenzel, Psy.D. Custodial Evaluation Cover Letter, # 4 Exhibit 3 - Kentucky Court of Justice docket information)(Pellino, Andrew) Modified text on 11/14/2017 (CBD). (Additional attachment(s) added on 11/14/2017: # 5 Proposed Order) (CBD). (Entered: 11/13/2017) |
| 11/13/2017 | 16 | MOTION to Dismiss for failure to state a claim by Selena Woody Stevens, pro se. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(CBD) (Entered: 11/14/2017) |
| 11/14/2017 | | NOTICE OF DEFICIENCY & DOCKET MODIFICATION TO Andrew Pellino re 15 MOTION to Dismiss for failure to state a claim by Sally Brenzel . ***Error 1: attorney failed to submit a proposed order as an electronic attachment to the motion. Entry by attorney; within 7 calendar days, prepare a document entitled "Notice of Filing" (with a certificate of service), file the Notice using the event "Notice of Filing," attach the proposed order, and create a link to the related docket entry. ***Error 2: attachments were insufficiently described as "Exhibit." Entry by attorney; Correction: the Clerk renamed the attachments. Attachments must be |

| | | |
|---|---|---|
| | | motions and pleadings shall be served on Ms. Mischler via United States Postal Service to her address at 1120 Palm Court, Okeechobee, Florida 34974. Signed by Judge Gregory F. VanTatenhove on 11/27/2017.(AKR)cc: COR, Plaintiff via US Mail (Entered: 11/27/2017) |
| 11/27/2017 | 28 | ORDER: Plff's Motion 22 is DENIED. Signed by Judge Gregory F. VanTatenhove on 11/27/2017. (AKR)cc: COR, Plaintiff via US Mail (Entered: 11/27/2017) |
| 11/28/2017 | 29 | JOINT MOTION to Dismiss for failure to state a claim by Debbie Dile, Jane Doe, Timothy Feeley, Emily Gray-Jones, Shereena Hamilton-Spurlocke, Mike Hartlage, Gwen Hatfield, Susan Howard, Latoya Jones, Kathy Larder, Zack Ousley, Wilma Taylor, Deborah Webb, Janie Wells, Debra Wilcox-LeMaster, Mona Womack *Alternative*, MOTION to Dismiss for Lack of Jurisdiction by Debbie Dile, Jane Doe, Timothy Feeley, Emily Gray-Jones, Shereena Hamilton-Spurlocke, Mike Hartlage, Gwen Hatfield, Susan Howard, Latoya Jones, Kathy Larder, Zack Ousley, Wilma Taylor, Deborah Webb, Janie Wells, Debra Wilcox-LeMaster, Mona Womack *offical capacity claims* (Attachments: # 1 Proposed Order dismissing case, # 2 Memorandum in Support of motion to dismiss, # 3 Exhibit 1, unofficial AOC record of case history, # 4 Exhibit 2, Mischler state court complaint and exhibits, # 5 Exhibit 3, Mischler state court motion for emergency injunctive relief, # 6 Exhibit 4, state court order dismissing complaint, # 7 Exhibit 5, Mischler affidavit dated 1-29-16, # 8 Exhibit 6, CHFS response to Mishler's latest ORA request dated 2-2-16)(Irvin, D.) (Entered: 11/28/2017) |
| 11/28/2017 | 30 | JOINT MOTION for Sanctions by Matt Bevin, Debbie Dile, Shereena Hamilton-Spurlocke, Gwen Hatfield, Susan Howard, Latoya Jones, Kathy Larder, Wilma Taylor, Deborah Webb, Debra Wilcox-LeMaster, Mona Womack (Attachments: # 1 Proposed Order granting motion for sanctions and to impose filing restrictions on plaintiff)(Irvin, D.) (Entered: 11/28/2017) |
| 11/28/2017 | 31 | RESPONSE in Opposition re 6 EMERGENCY MOTION for Preliminary Injunction against Governor Matt Bevins and his employees by Amy Jerrine Mischler filed by Matt Bevin. (Attachments: # 1 Proposed Order Denying motion for preliminary injunction)(Irvin, D.) (Entered: 11/28/2017) |
| 11/28/2017 | | Attorney Update. Attorney Catherine Elaine York for Matt Bevin,Catherine Elaine York for Debbie Dile,Catherine Elaine York for Debbie Dile,Catherine Elaine York for Timothy Feeley,Catherine Elaine York for Timothy Feeley,Catherine Elaine York for Emily Gray-Jones,Catherine Elaine York for Shereena Hamilton-Spurlocke,Catherine Elaine York for Shereena Hamilton-Spurlocke,Catherine Elaine York for Mike Hartlage,Catherine Elaine York for Mike Hartlage,Catherine Elaine York for Gwen Hatfield,Catherine Elaine York for Gwen Hatfield,Catherine Elaine York for Susan Howard,Catherine Elaine York for Susan Howard,Catherine Elaine York for Latoya Jones,Catherine Elaine York for Latoya Jones,Catherine Elaine York for Kathy Larder,Catherine Elaine York for Kathy Larder,Catherine Elaine York for Zack Ousley,Catherine Elaine York for Wilma Taylor,Catherine Elaine York for Wilma Taylor,Catherine Elaine York for Deborah Webb,Catherine Elaine York for Deborah Webb,Catherine Elaine York for Debra Wilcox-LeMaster,Catherine Elaine York for Debra Wilcox-LeMaster,Catherine Elaine York for Mona Womack,Catherine Elaine York for Mona Womack added. (AKR) (Entered: 11/29/2017) |

| | | |
|---|---|---|
| 01/02/2018 | | ***MOTION SUBMITTED TO CHAMBERS of Judge Van Tatenhove for review: re 33 MOTION for Relief From Order (Doc #25) Pursuant to FRCP 60(b)(1) re 25 Order on Motion for Order, by Amy Jerrine Mischler, 34 MOTION for Extension of Time to serve defendants by Amy Jerrine Mischler. (AKR) (Entered: 01/02/2018) |
| 01/02/2018 | 40 | RESPONSE in Opposition re 39 MOTION for Extension of Time to File Response/Reply as to 14 MOTION to Dismiss for failure to state a claim by Stites & Harbison *and Lack of Standing, Statute of Limitations, Claim Preclusion, etc.*, 16 MOTION to Dismiss for failure to s filed by Matt Bevin, Debbie Dile, Timothy Feeley, Emily Gray-Jones, Shereena Hamilton-Spurlocke, Mike Hartlage, Susan Howard, Latoya Jones, Kathy Larder, Zack Ousley, Wilma Taylor, Deborah Webb, Debra Wilcox-LeMaster, Mona Womack. (Attachments: # 1 Proposed Order denying extension of time)(Irvin, D.) (Entered: 01/02/2018) |
| 01/02/2018 | 41 | RESPONSE in Opposition re 39 MOTION for Extension of Time to File Response/Reply as to 14 MOTION to Dismiss for failure to state a claim by Stites & Harbison *and Lack of Standing, Statute of Limitations, Claim Preclusion, etc.*, 16 MOTION to Dismiss for failure to s filed by Stites & Harbison. (Attachments: # 1 Proposed Order)(Keller, J.) (Entered: 01/02/2018) |
| 01/02/2018 | 42 | NOTICE of Appearance by Shandeep Jonathan Dutta on behalf of John David Preston, Janie Wells (Dutta, Shandeep) (Entered: 01/02/2018) |
| 01/02/2018 | 43 | MOTION to Dismiss for failure to state a claim by John David Preston, Janie Wells (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Dutta, Shandeep) (Entered: 01/02/2018) |
| 01/03/2018 | 44 | RESPONSE to 39 *Plaintiff's Motion for a Second Ext. of Time to Respond to Motions to Dismiss* filed by Sally Brenzel. (Pellino, Andrew) (Entered: 01/03/2018) |
| 01/04/2018 | 45 | ORDER: Ms. Mischler's Second Mtn for Ext of Time (R. 39 ) is GRANTED IN PART and Ms. Mischler is directed to file her responses within 10 days of the entry of this Order. Signed by Judge Gregory F. VanTatenhove on 1/4/2018.(AKR)cc: COR, paper copy to Mischler via US Mail (Entered: 01/04/2018) |
| 01/04/2018 | 46 | ORDER: 1. Ms. Mischler's Motion for Relief from Order [R. 33] is DENIED; 2. Ms. Mischler's Renewed Motion for Extension of Time to Serve Remaining Defendants [R. 34] is DENIED 3. Ms. Mischler's Motion to Seal [R. 36] is DENIED; and 4. Ms. Mischler's Show Cause Motion [R. 37] is DENIED. Signed by Judge Gregory F. VanTatenhove on 1/4/2018. (AKR)cc: COR, paper copy to Mischler and Stevens via US Mail (Entered: 01/04/2018) |
| 01/04/2018 | 47 | ORDER: the Defendants' Mtn for Ext of Time (R. 35 ) is GRANTED. Dfts shall have an add'l 45 days to file an Answer to Plaintiff's Complaint. Signed by Judge Gregory F. VanTatenhove on 1/4/2018.(AKR)cc: COR, paper copy to Mischler & Stevens via US Mail (Entered: 01/05/2018) |
| 01/11/2018 | 48 | NOTICE OF APPEARANCE by Joseph Lambert, Lewis Nicholls, Julie Paxton. (Dutta, Shandeep) (Entered: 01/11/2018) |

| 01/11/2018 | 49 | MOTION to Dismiss for failure to state a claim by Joseph Lambert, Lewis Nicholls, Julie Paxton (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Dutta, Shandeep) (Entered: 01/11/2018) |
|---|---|---|
| 01/16/2018 | 50 | MOTION for Recusal Pursuant to 28 USC Code 144 - Bias or prejudice of judge by Amy Jerrine Mischler, Pro Se. (Attachments: # 1 Sworn Affidavit of Amy Mischler, # 2 Envelope postmarked 1/13/18)(AKR) (Entered: 01/16/2018) |
| 01/16/2018 | 51 | NOTICE OF DUE PROCESS VIOLATION BY JUDGE VAN TATENHOVE by Amy Jerrine Mischler, Pro Se. (Attachments: # 1 Envelope postmarked 1/13/18)(AKR) (Entered: 01/16/2018) |
| 01/16/2018 | | ***MOTION SUBMITTED TO CHAMBERS of Judge Van Tatenhove for review: re 50 MOTION for Recusal Pursuant to 28 USC Code 144 by Amy Jerrine Mischler, Pro Se and file submitted as to 51 Notice of Due Process Violation by Judge Van Tatenhove. (AKR) (Entered: 01/16/2018) |
| 01/18/2018 | | ***MOTION SUBMITTED TO CHAMBERS of Judge Van Tatenhove for review: re 14 MOTION to Dismiss for failure to state a claim by Stites & Harbison *and Lack of Standing, Statute of Limitations, Claim Preclusion, etc.*, 16 MOTION to Dismiss for failure to state a claim by Selena Woody Stevens, 19 MOTION to Dismiss by Andy Beshear, Craig Newborn, Jeffrey Prather , 15 MOTION to Dismiss for failure to state a claim by Sally Brenzel . (AKR) (Entered: 01/18/2018) |
| 01/29/2018 | | ***MOTION SUBMITTED TO CHAMBERS of Judge Van Tatenhove for review: re 43 MOTION to Dismiss for failure to state a claim by John David Preston, Janie Wells , 32 MOTION for Order by Stites & Harbison *Joinder in Gov. Bev and CHFS Defendants' Motion to Impose Filing Restrictions Upon Plaintiff.* (AKR) (Entered: 01/29/2018) |
| 02/05/2018 | | ***MOTION SUBMITTED TO CHAMBERS of Judge Van Tatenhove for review: re 49 MOTION to Dismiss for failure to state a claim by Joseph Lambert, Lewis Nicholls, Julie Paxton . (AKR) (Entered: 02/05/2018) |
| 02/23/2018 | 52 | JOINT MOTION to Dismiss for Lack of Jurisdiction by Emily Gray-Jones, Shereena Hamilton-Spurlocke, Zack Ousley, Deborah Webb, Debra Wilcox-LeMaster *Alternative*, JOINT MOTION to Dismiss for failure to state a claim by Emily Gray-Jones, Shereena Hamilton-Spurlocke, Zack Ousley, Deborah Webb, Debra Wilcox-LeMaster *Alternative*, JOINT MOTION for Summary Judgment by Emily Gray-Jones, Shereena Hamilton-Spurlocke, Zack Ousley, Deborah Webb, Debra Wilcox-LeMaster (Attachments: # 1 Memorandum in Support of motion to dismiss or for summary judgment, # 2 Exhibit Ex. 1, Administrative final order, # 3 Proposed Order granting motion to dismiss)(Irvin, D.) (Entered: 02/23/2018) |
| 02/23/2018 | 53 | JOINT MOTION for Rule 11 Sanctions by Emily Gray-Jones, Shereena Hamilton-Spurlocke, Zack Ousley, Deborah Webb, Debra Wilcox-LeMaster (Attachments: # 1 Proposed Order granting motion for Rule 11 sanctions)(Irvin, D.) Modified adding text to better describe pleading on 2/26/2018 (AKR). (Entered: 02/23/2018) |
| 02/26/2018 | 54 | NOTICE of Appearance by James P. Pruitt, Jr on behalf of Howard Keith Hall (Pruitt, James) (Entered: 02/26/2018) |

# EXHIBIT 3

January and February 2018 calendar pages with handwritten marks counting 46 days
pursuant to judicial order granting a 45 day extension.

18-5665

# Calendar for January 2018 (United States)

## January

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | 1 | 2 | 3 | 4 | 5 (1) | 6 (2) |
| 7 (3) | 8 (4) | 9 (5) | 10 (6) | 11 (7) | 12 (8) | 13 (9) |
| 14 (10) | 15 (11) | 16 (12) | 17 (13) | 18 (14) | 19 (15) | 20 (16) |
| 21 (17) | 22 (18) | 23 (19) | 24 (20) | 25 (21) | 26 (22) | 27 (23) |
| 28 (24) | 29 (25) | 30 (26) | 31 (27) | | | |

**Phases of the Moon:** 1:○ 8:◑ 16:● 24:◐ 31:○

**Holidays and Observances:** 1: New Year's Day, 15: Martin Luther King Jr. Day

Calendar generated on www.timeanddate.com/calendar

# Calendar for February 2018 (United States)

## February

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | 1 *(28)* | 2 *(29)* | 3 *(30)* |
| 4 *(31)* | 5 *(32)* | 6 *(33)* | 7 *(34)* | 8 *(35)* | 9 *(36)* | 10 *(37)* |
| 11 *(38)* | 12 *(39)* | 13 *(40)* | 14 *(41)* | 15 *(42)* | 16 *(43)* | 17 *(44)* |
| 18 *(45)* | 19 *(46)* | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | | | |

**Phases of the Moon:** 7:◑  15:●  23:◐

**Holidays and Observances:** 14: Valentine's Day, 19: Presidents' Day (Most regions)

Calendar generated on www.timeanddate.com/calendar

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may

**PRESS FIRMLY TO SEAL**    **PRESS FIRMLY TO SEAL**

U.S. POSTAGE PAID
PME 1-Day
OKEECHOBEE, FL
34972
FEB 27, 19
AMOUNT
$25.00
R2305M148100-05

# PRIORITY
## ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S**

RECEIVED

MAR 01 2019

...UNT, Clerk.

**WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.**

**≡EMS≡**

EP13F July 2013   OD: 12.5 x 9.5

PS10001000006



EM 0274 A5 A72 US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY ★ MAIL ★ EXPRESS™**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (   )   221-1977

Amy Mizener
H28 Palm Court
Okeechobee, Fl 34974

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability

TO: (PLEASE PRINT)   PHONE (   )
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio

ZIP + 4® (U.S. ADDRESSES ONLY)
45202-

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

PO ZIP Code: 34972
Scheduled Delivery Date (MM/DD/YY): 028
Postage: $25.10

Date Accepted (MM/DD/YY): 2-27
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: ☐ AM ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee:

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $

Weight: ☐ Flat Rate   Acceptance Employee Initials
lbs.   ozs.

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   3-ADDRESSEE COPY

1007   45202

STATES