# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 22, 2019

Mr. Robert R. Carr
Eastern District of Kentucky at Frankfort
330 W. Broadway
Suite 313 John C. Watts Federal Building
Frankfort, KY 40601-1992

Re: Case No. 18-5665, *Amy Mischler v. Matt Bevin, et al*
Originating Case No. : 3:17-cv-00066

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Karen S. Fultz
Case Manager
Direct Dial No. 513-564-7036

cc:  Ms. Bethany A. Breetz
Mr. Andie Brent Camden
Mr. Shandeep Jonathan Dutta
Mr. Marc Griffin Farris
Ms. Katie M. Glass
Mr. David Brent Irvin
Mr. John Clarke Keller
Ms. Amy Jerrine Mischler
Mr. James P. Pruitt
Ms. Selena Woody Stevens

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 18-5665

_____

Filed: August 22, 2019

AMY JERRINE MISCHLER

       Plaintiff - Appellant

v.

MATT BEVIN, in his official capacity as Governor of Kentucky; ANDY BESHEAR, in his
official capacity as Attorney General; STITES & HARBISON, PLLC; HOWARD KEITH
HALL, in his individual and official capacity as Pike County Attorney; JULIE PAXTON, in her
official capacity as Judge; JOSEPH LAMBERT, in his official capacity as Chief Justice;
TIMOTHY FEELEY; JOHN DAVID PRESTON; JANIE WELLS; LEWIS D. NICHOLLS;
SUSAN HOWARD; DEBRA WILCOX-LEMASTER; KATHY LARDER; DEBORAH WEBB;
SHEREENA HAMILTON-SPURLOCKE; LATOYA JONES; WILMA TAYLOR; MIKE
HARTLAGE; GWEN HATFIELD; JEFFREY PRATHER; CRAIG NEWBORN; MONA
WOMACK; DEBBIE DILE; ZACK OUSLEY; EMILY GRAY-JONES; DR. SALLY
BRENZEL; SELENA WOODY STEVENS

       Defendants - Appellees

MANDATE

  Pursuant to the court's disposition that was filed 05/08/2019 the mandate for this case hereby

issues today.

COSTS:  None